UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JORGE LOPEZ,

Plaintiff,

- against -

PEGHE'S DELI & GROCERY INC., ET AL.,

Defendants.

26-cv-5784 (JGK)

Order

**John G. Koeltl, District Judge:**

The parties are directed to submit a Rule 26(f) report by **October 6, 2026.**

**SO ORDERED.**

Dated: New York, New York
September 21, 2026

John G. Koeltl
United States District Judge