# JacksonLewis

**Jackson Lewis P.C.**
666 Third Avenue
New York NY 10017-4030
(212) 545-4000 Main
(212) 972-3213 Fax
jacksonlewis.com

October 5, 2026

*Via ECF*

Honorable John G. Koeltl
United States District Court
Daniel Patrick Moynihan
500 Pearl St.
New York, NY 10007-1312

This case is stayed pending the result of mediation. The parties should advise the Court of the status of the action within seven (7) days of the completion of mediation.
So ordered. John G. Koeltl U.S.D.J. 10/6/26.

**Re:** ***Lopez v. Peghe's Deli & Grocery Inc., et al.***
**Case No. 1:26-cv-05784-JGK-OTW**

Dear Judge Koeltl:

We represent Defendants Peghe's Deli & Grocery Inc. d/b/a Peghe Deli & Grocery, Peghe Deli Corp. d/b/a Peghe Deli & Grocery, and Peghe Deli Inc. d/b/a Peghe Deli & Grocery (collectively "Defendants") in connection with the above-captioned matter and we write jointly with counsel for Plaintiff (collectively with Defendants, "Parties") to respectfully request an adjournment of the Initial Conference currently scheduled for November 4, 2026.

The Parties are participating in the Court's mandatory mediation program and have been assigned Paul Criswell as the mediator. The Parties are targeting the first week of November 2026 for the mediation. To allow the Parties to focus their time and resources on mediation efforts, the Parties respectfully request that the Court adjourn the Initial Conference and all associated deadlines to a date following the conclusion of the mediation.

This is the parties first request for an adjournment of the Initial Conference. If granted, this request will not affect any other scheduled Court appearances or deadlines.

We thank the Court for its attention to this matter.

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ Tenzin Tashi*

Tenzin S. Tashi

cc: All Counsel of Record (via ECF)